

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2018

No. 04-18-00364-CV

**IN THE INTEREST OF S.L.T., AND A.C.T., CHILDREN,**

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 33615
Honorable Robert Cadena, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief and Appellant's Response is hereby GRANTED. Time is extended to October 29, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court